FILED
JOHN P. HEHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN

2014 JUL -8 PM 4: 44

3:14 mj 272

U S DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

| | |
|---|---|
| Information associated with cellular telephone number (937) 416-7953 as listed in Attachment A of the warrant. | Case No. _____<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding CELLCO PARTNERSHIP DBA VERIZON Wireless, an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the warrant of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that CELLCO PARTNERSHIP DBA VERIZON Wireless shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that CELLCO PARTNERSHIP DBA VERIZON Wireless may disclose the attached warrant to an attorney for CELLCO PARTNERSHIP DBA VERIZON Wireless for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

_____7/8/14_____
Date

_____
Michael J. Newman
United States Magistrate Judge