FILED
JOHN P. HEHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2014 JUL -8 PM 4: 45

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 3:14mj272 |
| | | MICHAEL J. NEWMAN |
| SEALED DOCUMENT | : | |
| | | MOTION TO SEAL DOCUMENTS |

Now comes the United States Attorney and moves this court, pursuant to its inherent power to control papers filed with the Court, for a protective order sealing this Motion to Seal, Order to Seal, and the foregoing Search and Seizure Warrant, Application and Affidavit, Return and Motion and Order to Provider Not to Notice Subscriber until otherwise directed by this Court.

In support of this Motion, the United States Attorney states that the disclosure of this Motion to Seal, Order to Seal, and the foregoing Search and Seizure Warrant, Application and Affidavit, Return and Motion and Order to Provider Not to Notice Subscriber is not warranted due to the ongoing investigation.

WHEREFORE, the United States of America respectfully requests that this Motion to Seal, Order to Seal, and the foregoing Search and Seizure Warrant, Application and Affidavit,

//
//
//
//
//
//
//

Return and Motion and Order to Provider Not to Notice Subscriber be sealed and kept from public inspection until otherwise ordered by this Court.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Alex R. Sistla
ALEX R. SISTLA (241760 CA)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street
Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Alex.Sistla@usdoj.gov