IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                      :     CASE NO.: 3:14mj272

SEALED DOCUMENT             :

ORDER SEALING DOCUMENTS

---

Upon Motion of the United States and for good cause shown, the Motion to Seal, Order to Seal, and the foregoing Search and Seizure Warrant, Application and Affidavit, Return and Motion and Order to Provider Not to Notice Subscriber will remain under seal until otherwise directed by this Court.

WHEREFORE, the Motion to Seal, Order to Seal, and the foregoing Search and Seizure Warrant, Application and Affidavit, Return and Motion and Order to Provider Not to Notice Subscriber will remain under seal until otherwise directed by this Court.

DATE 7/8/14

MICHAEL J. NEWMAN
U.S. MAGISTRATE JUDGE

FILED
JOHN P. HEHMAN
CLERK
2014 JUL -8 PM 4:45