IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES | : | CASE NO. 3:14MJ272 |

MOTION TO SEAL APPLICATION AND ORDER AUTHORIZING
PEN REGISTERS AND TRAP AND TRACE DEVICES

Now comes the United States Attorney and moves this Court, pursuant to 18 U.S.C. § 3123(d)(1), and the Court's inherent power to control papers filed with the Court, for a protective order sealing July 31, 2021.

In support of this Motion, the United States Attorney states:

1. An Order Authorizing Pen Registers and Trap and Trace Devices was issued on July 8, 2014.

2. This matter relates to a series of interrelated investigations, some of which that have resulted in pending indictments before this Court. Because the full scope of these investigations has not been made public and disclosure of the warrants would reveal investigative techniques actively being used in other active matters, the case should remain sealed.

Case: 3:14-mj-00272-MJN Doc #: 14 Filed: 01/12/21 Page: 2 of 2  PAGEID #: 35

WHEREFORE, the United States of America respectfully requests that the Application and Order Authorizing Pen Registers and Trap and Trace Devices be sealed and kept from public inspection until July 31, 2021.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney


s/Brent G. Tabacchi
BRENT G. TABACCHI (IL 6276029)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Fax: (937) 225-2564
E-mail: Brent.Tabacchi@usdoj.gov

2